1 | BILAL A. ESSAYLI
United States Attorney
2 | CHRISTINA T. SHAY
Assistant United States Attorney
3 | Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
4 | Assistant United States Attorney
General Crimes Section
5 |     1200 United States Courthouse
       312 North Spring Street
6 |     Los Angeles, California 90012
       Telephone: (213) 894-3183
7 |     Facsimile: (213) 894-0142
       E-mail:    Joshua.Lee2@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |

11 |

12 |                       UNITED STATES DISTRICT COURT

13 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03511-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JACOB DANIEL TERRAZAS, | |
| Defendant. | |

20      The United States Attorney for the Central District of

21 California hereby requests leave of the Court to dismiss the

22 complaint against defendant Jacob Daniel Terrazas without prejudice.

23      The government's request for dismissal is made in good faith

24 and in the interest of justice.  The law "generally require[s] a

25 district court to defer to the government's decision to seek a

26 dismissal of a criminal charge" under Rule 48(a) motions when they

27 are not opposed by the defense.  United States v. Gonzalez, 58 F.3d

28 459, 462 (9th Cir. 1995).

1

1      Accordingly, the government requests that the Court grant this

2  motion to dismiss the complaint without prejudice against defendant

3  Jacob Daniel Terrazas pursuant to Federal Rule of Criminal Procedure

4  48(a).

5   Dated: June 18, 2025                Respectfully submitted,

6                                       BILAL A. ESSAYLI
                                        United States Attorney
7
                                        CHRISTINA T. SHAY
8                                       Assistant United States Attorney
                                        Chief, Criminal Division
9

10                                            /s/
                                        _____
                                        JOSHUA J. LEE
11                                      Assistant United States Attorney

12                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2